### LENCCO RACING CO., INC., Plaintiff–Appellant,

v.

### James JOLLIFFE, Defendant,

and

### Micro Belmont Engineering, Defendant–Appellee,

and

### Arctco, Inc. (now known as Arctic Cat, Inc.), Defendant–Appellee,

and

### Black Magic Motor Sports, Inc., Defendant–Appellee.

### Nos. 2008–1235 to 2008–1237.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2009.

Carl A. Hjort, III, The Bilicki Law Firm, P.C., of Jamestown, NY, argued for plaintiff-appellant. With him on the brief was Byron A. Bilicki.

Terence J. Linn, Van Dyke, Gardner, Linn & Burkhart, LLP, of Grand Rapids, MI, argued for defendants-appellees Micro Belmont Engineering and Black Magic Motor Sports, Inc. With him on the brief were Karl T. Ondersma, and Stephen B. Salai, Harter Secrest & Emery LLP, of Rochester, NY, for defendant-appellee Black Magic Motor Sports, Inc.

Lawrence D. Graham, Black Lowe & Graham, PLLC, of Seattle, WA, argued for defendant-appellee Arctco, Inc. With him on the brief was Douglas A. Grady.

Before RADER, SCHALL, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.